# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KINGRALE COLLINS**                                           **PETITIONER**
**ADC # 102818**

**v.**                          **No. 4:23-cv-1123-DPM**

**JAMES SHIPMAN, Warden, and**
**MAURICE CULCLOGER, Deputy Warden**          **RESPONDENTS**

### ORDER

Unopposed recommendation, *Doc. 8*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Collins's § 2254 petition as supplemented, *Doc. 1, 4 & 6*, will be dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 February 2024