IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KINGRALE COLLINS                                             PETITIONER
ADC # 102818

v.                         No. 4:23-cv-1123-DPM

JAMES SHIPMAN, Warden and
MAURICE CULCLOGER, Deputy Warden              RESPONDENTS

## JUDGMENT

Collins's § 2254 petition as supplemented is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2024